SEYFARTH SHAW LLP
Justin Curley (SBN 233287)
jcurley@seyfarth.com
Melissa B. Black (SBN 289545)
mblack@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KIK INTERNATIONAL, LLC,
KIK POOL ADDITIVES, INC., and
KIK CUSTOM PRODUCTS INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KEVIN MCNEIL, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>KIK INTERNATIONAL, LLC, a Delaware limited liability company; KIK POOL ADDITIVES, INC., a California corporation; KIK CUSTOM PRODUCTS INC., a Texas corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 5:19-cv-01208-JGB-SHKx<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>San Bernardino Superior Court Case No. CIV DS 1915438 |

The Court, having reviewed the Parties' Joint Stipulation to Remand to State Court, and for good cause appearing, orders as follows:

- All pre-trial dates, hearings, and deadlines are vacated;

- The above-captioned matter is hereby remanded, without prejudice, to the Superior Court of the State of California for the County of San Bernardino.

**IT IS SO ORDERED.**

Dated: July 12, 2019         By: _____
                             Honorable Jesus G. Bernal
                             United States District Court Judge

57974255v.1

---

1
**ORDER REMANDING CASE TO STATE COURT - CASE NO. 5:19-CV-01208**